AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 662 - Theft Within a Special Maritime and Territorial Jurisdiction (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ RENBOURNE W. BARILLAN

**DISTRICT COURT NUMBER**

CR 07 0494

**PENALTY:**

Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release of 1 year
Mandatory special assessment fee of $25

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 4/24/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-Filing

FILED
07 JUL 30 PM 3:54

CHAPL M. RIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CR 07   0494   MAG

| UNITED STATES OF AMERICA, | ) | No. |
| --- | --- | --- |
| Plaintiff, | ) | VIOLATION: Title 18, United States Code, Section 661 - Theft Within a Special Maritime and Territorial Jurisdiction (Class A Misdemeanor) |
| v. | ) | |
| RENBOURNE W. BARILLAN, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

<u>INFORMATION</u>

The United States Attorney charges:

On or about April 24, 2007, in the Northern District of California, within area administered by the Presidio Trust, the defendant, RENBOURNE W. BARILLAN, did take and carry away with intent to steal and purloin personal pro[perty] special maritime and territorial jurisdiction of the Northern Distri[ct]

//

INFORMATION