1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone:  (415) 436-6809
7     Fax:  (415) 436-7234
      Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10          UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Case No. CR 07-0494 MAG
                                     )
14          Plaintiff,               )
                                     )   **DECLARATION OF ANNABEL R.**
15  v.                               )   **CHANG IN SUPPORT OF UNITED**
                                     )   **STATES' MOTION FOR SUMMONS**
16  RENBOURNE W. BARILLAN,           )
                                     )
17          Defendant.               )
    _____ )

18

19      I, Annabel R. Chang, hereby declare as follows:

20      1.  I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of

21  this case.  I have received the following information from officers employed by the United States

22  Park Police and from reports and other documents provided to me by the Park Police.

23      2. On April 24, 2007, Officer Polianos ("Polianos") of the United States Park Police was

24  dispatched to 610 Mason Street, Sports Basement retail store,  for a report of a shoplifter

25  detained by store security.  Polianos contacted the store's Security Officer, Byron Morales

26  ("Morales") upon arrival.  Morales informed Polianos that the defendant, Renbourne W. Barillan

27  ("Barillan"), had attempted to conceal merchandise and exit the store without paying for the

28  merchandise.

3. In a witness statement, Morales reported that he observed Barillan enter a dressing room with an empty duffle bag. Then, Morales watched Barillan exit the dressing room and pick up several different jackets before re-entering the dressing room. After the leaving the dressing room for the final time, Morales witnessed Barillan attempt to exit the store with a full duffle bag. As she tried to exit the store, the security sensors on the gate were triggered. Morales stopped Barillan and called the United States Park Police.

4. According to Morales, the total value of the merchandise concealed in the duffle bag by Barillan amounted to approximately $410.00. The merchandise included one Northface jacket, two Alegra jackets, and one Apex Bionic jacket.

5. After Polianos transported Barillan to the station for processing, he informed her of her Miranda Rights. Barillan knowingly and intelligently waived her Miranda rights. Barillan also completed a written defendant statement admitting that she had stolen the aforementioned jackets from Sports Basement in order to pay her rent.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed August 3, 2007, at San Francisco, California.

DATED: ____8/3/07_____          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ANNABEL R. CHANG
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0494 MAG                    -2-