1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,           )    Case No. CR 07-0494 MAG
10                                      )
            Plaintiff,                  )
11                                      )
       v.                              )    **[PROPOSED] ORDER FOR SUMMONS**
12                                      )
   RENBOURNE W. BARILLAN,              )
13                                      )
            Defendant.                  )
14 _____)

15

16      Having reviewed the Declaration of Annabel R. Chang, the Court finds that probable cause

17 exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

18 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Renbourne

19 W. Barillan, at 110 East End Avenue, Apartment 4E, New York, New York, 11028, to appear on

20 August 22, 2007 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information

21 that has been filed by the United States Attorney.

22

23      IT IS SO ORDERED.

24
   Dated: _____        _____
25                                         JOSEPH C. SPERO
                                           United States Magistrate Judge
26

27

28

ORDER  FOR SUMMONS
Case No. CR 07-0494 MAG