1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0494 MAG |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER FOR SUMMONS |
| RENBOURNE W. BARILLAN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Annabel R. Chang, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Renbourne W. Barillan, at 110 East End Avenue, Apartment 4E, New York, New York, 11028, to appear on August 22, 2007 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: August 7, 2007
_____
Judge Joseph C. Spero