1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov

8
   Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,          )    Case No. CR 07-0494 MAG
13                                     )
           Plaintiff,                  )
14                                     )
       v.                              )    **SECOND MOTION FOR SUMMONS**
15                                     )
   Renbourne W. Barillan,             )
16                                     )
           Defendant.                  )
17  _____)

18      Based on the facts set forth in the Declaration of Danielle Crockett in Support of the United

19  States' Second Motion for Summons, the United States hereby requests that the Court issue a

20  summons for defendant Renbourne W. Barillan, 110 E. End Avenue, Apartment 4E, New York,

21  New York 10028-7414. The facts set forth in the declaration demonstrate that probable cause

22  exists to summon the defendant to answer the Information that has been filed by the United

23  States Attorney.

24                                          Respectfully submitted,

25                                          SCOTT N. SCHOOLS
                                            United States Attorney

26

27  Dated:    9/20/07                              /s/
                                            WENDY THOMAS
28                                          Special Assistant United States Attorney

   MOTION  FOR SUMMONS
   Case No. CR 07-0494 MAG