SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0494 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF DANIELLE CROCKETT IN SUPPORT OF UNITED STATES' SECOND MOTION FOR SUMMONS** |
| RENBOURNE W. BARILLAN, ) | |
|     Defendant. ) | |

I, Danielle Crockett, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police and from reports and other documents provided to me by the Park Police.

2. On April 24, 2007, Officer Polianos ("Polianos") of the United States Park Police was dispatched to 610 Mason Street, Sports Basement retails store, for a report of a shoplifter detained by store security. Polianos contacted the store's Security Officer, Byron Morales ("Morales"), upon arrival. Morales informed Polianos that the defendant, Renbourne W. Barillan ("Barillan"), had attempted to conceal merchandise and exit the store without paying for the merchandise.

3. In a witness statement, Morales reported that he observed Barillan enter a dressing room with an empty duffle bag. Then, Morales watched Barillan exit the dressing room and pick up several different jackets before re-entering the dressing room. After leaving the dressing room for the final time, Morales witnessed Barillan attempt to exit the store with a full duffle bag. As she tried to exit the store, the security sensors on the gate were triggered. Morales stopped Barillan and called the United States Park Police

4. According to Morales, the total value of the merchandise concealed in the duffle bag by Barillan amounted to approsmiately $410.00. The merchandise included one Northface jacket, two Alegra jackets, and one Apex Bionic jacket

5. After Polianos transported Barillan to the station for processing, he informed her of her Miranda Rights. Barillan knowingly and intelligently waived her Miranda rights. Barillan also completed a written defendant statement admitting that she had stolen the aforementioned jackets from Sports Basement to pay her rent.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed September 20, 2007 at San Francisco, California.

DATED:  9/20/07              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                          /s/
DANIELLE CROCKETT
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0494 MAG                -2-