SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0494 MAG |
|    Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| RENBOURNE W. BARILLAN, ) | |
|    Defendant. ) | |

Having reviewed the Declaration of Danielle Crockett, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Renbourne W. Barillan, 110 E. End Avenue, Apartment 4E, New York, New York 10028-7414, to appear on October 12, 2007, at 9:30 am before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge