| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 05 | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR 10:05am - 10:10am | |
| MAGISTRATE JUDGE<br>Elizabeth D. Laporte | | DATE<br>January 11, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR 07-0494 MAG |
| **APPEARANCES** | | | | | | |
| DEFENDANT<br>Renbourne Barillan | AGE | CUST<br>N | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Jody Linker | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Derek Owens | | INTERPRETER | | | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Allen Lew | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER<br>Bail review |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| **INITIAL APPEARANCE** | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| **ARRAIGNMENT** | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED
JAN 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SURRENDERED
DATE:

| **RELEASE** | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | |

| **PLEA** | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| **CONTINUANCE** | | | | |
|---|---|---|---|---|
| TO:<br>1/15/08 (previously set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT:<br>9:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ OTHER<br>Post bail followup |
| BEFORE HON.<br>Laporte | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defense counsel informs the Court she was unable to notify defendant of this appearance.